NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM D. SLONE,**
**(also known as William D. Sloan),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5127

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0328, Judge Charles F. Lettow.

---

**JUDGMENT**

---

WILLIAM D. SLONE, of West Liberty, Kentucky, pro se.

JENNIFER E. LAGRANGE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 9, 2014                           /s/  Daniel  E.  O'Toole
        Date                              Daniel E. O'Toole
                                          Clerk of Court